FILED

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0656

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 23 – 0656

_____

**WESLEY and KAREN TUSCANO,**

      Appellants,

  v.

**SIDNEY and JULIAN HELVIK**,

      Appellees,

          **ORDER GRANTING
          EXTENSION OF TIME TO
          PREPARE TRANSCRIPT
          TO NOVEMBER 24, 2024**

**WESLEY and KAREN TUSCANO,**

      Appellants,

  v.

**JACQUELINE CONNER,**

      Appellee.

Appellants Wesley and Karen Tuscano ("Tuscanos"), have moved this Court to extend the deadline to produce the transcripts pursuant to M.R.App.P 9(4) and 26(2). Upon review of the Affidavit of Robin Lee, Official Court Reporter, for an extension of time to transmit the transcripts, and good cause having been shown:

IT IS HEREBY ORDERED that Tuscanos' Fifth Motion for an Extension of Time to Transmit the Transcripts is GRANTED and the Affiant shall have until and including November 24, 2024, to transmit the requested Transcripts in this case.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed and dated below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 23 2024